■ JOSEPH R. D'AMBROSIO, Respondent, v KAREN SELBERT, Appellant, et al., Defendants. — Appeal from that part of an amended order of the Supreme Court at Special Term (Amyot, J.), entered April 20, 1982 in Montgomery County, which denied defendant Karen Selbert's cross motion for summary judgment. Order affirmed, without costs, for the reasons stated in the opinion of Mr. Justice J. Raymond Amyot at Special Term. Sweeney, J. P., Kane, Main, Casey and Weiss, JJ., concur.